UNITED STATES of America, Appellant, v. Lee R. SMITH.

No. 11791.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1940.

Richard K. Phelps, Acting U. S. Atty., and Charles L. Chalender, Atty., Department of Justice, both of Kansas City, Mo., for appellant.

944

Lawrence E. Goldman, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellant.